# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126121(71)

NATIONAL WINE & SPIRITS,
INC., NWS MICHIGAN, INC., and
NATIONAL WINE & SPIRITS, L.L.C.,
      Plaintiffs-Appellants,

v

STATE OF MICHIGAN,
      Defendant-Appellee,
and

MICHIGAN BEER & WINE
WHOLESALERS ASSOCIATION,
      Intervening Defendant-Appellee.
_____

SC:   126121
CoA:  243524
Ingham CC:  02-000013-CZ

     On order of the Chief Justice, the motion by plaintiffs-appellant to extend the page limit for their reply brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2006

_____
Clerk